[No. 39456-1-II. Division Two. July 13, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT L. JACKSON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 09-1-00399-8, John F. Nichols, J., entered June 5, 2009. *Remanded with instructions* by unpublished opinion per Hunt, J., concurred in by Worswick, A.C.J., and Quinn-Brintnall, J.

[No. 39602-5-II. Division Two. July 13, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH MICHAEL LAPLANT, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 09-1-00485-2, Anna M. Laurie, J., entered July 6, 2009. *Affirmed* by unpublished opinion per Worswick, A.C.J., concurred in by Armstrong and Van Deren, JJ. Now published at 157 Wn. App. 685.

[No. 24645-1-III. Division Three. July 13, 2010.]

KANE AUTOMOTIVE GROUP, INC., *Respondent*, v. VICKIE DETTLING, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-2-07454-0, Jerome J. Leveque, J., entered August 29, 2005. *Affirmed* by unpublished opinion per Kulik, C.J., concurred in by Brown and Korsmo, JJ.

[No. 27609-1-III. Division Three. July 13, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. DENISE LUCILLE SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Klickitat County, No. 07-1-00136-2, E. Thompson Reynolds, J., entered December 1, 2008. *Affirmed* by unpublished opinion per Kulik, C.J., concurred in by Sweeney and Brown, JJ.